# EXHIBIT C

1

1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
2

       ------------------------------
3  KENNETH CHAPMAN, JESSICA          :
   VENNEL, and JASON JACKSON,        :
4  on behalf of themselves and       :
   all others similarly situated,    :
5                                    :
          Plaintiffs,                :
6                                    : Case No.:
          vs.                        :
7                                    : 1:16-CV-1114
   TRISTAR PRODUCTS, INC.,           :
8                                    :
          Defendant.                 :
9  ------------------------------
10                                      Washington, D.C.
11                                 Tuesday, December 20, 2016
12 Videotaped Deposition of:
13                 ALEJANDRO LOZANO
14 called for oral examination by counsel for
15 Plaintiffs, pursuant to notice, at Venable, LLP, 575
16 7th Street, N.W., Washington, D.C., before Felicia
17 A. Newland, CSR, of Veritext Legal Solutions, a
18 Notary Public in and for the District of Columbia,
19 beginning at 10:01 a.m., when were present on behalf
20 of the respective parties:
21
22

```
 1                A P P E A R A N C E S
 2   On behalf of Plaintiff:
 3        MARK E. SILVEY, ESQUIRE
          Greg Coleman Law, PC
 4        800 S. Gay Street, Suite 1100
          Knoxville, Tennessee 37929
 5        mark@gregcolemanlaw.com
 6   On behalf of Defendant:
 7        HUGH J. BODE, ESQUIRE
          Reminger Attorneys at Law
 8        1400 Midland Building
          101 Prospect Avenue West
 9        Cleveland, Ohio 44115
          hbode@reminger.com
10
          -- and --
11
          JOE A. SHULL, ESQUIRE
12        Venable, LLP
          575 7th Street, N.W.
13        Washington, D.C. 20004
          jashull@venable.com
14
          -- and --
15
          BRIAN E. ROOF, ESQUIRE (Telephonically)
16        Sutter O'Connell
          1301 East 9th Street
17        Cleveland, Ohio 44114
          broof@sutter-law.com
18
     Also Present:
19
          Graham Davis, Videographer
20
21
22
```

```
                                                              154
 1        A    Yeah.                                     12:14:05

 2        Q    Did you have any role in preparing that?  12:14:06

 3        A    No.  This was prepared by Jesse,          12:14:10

 4   probably.  The factual information was -- I -- I

 5   don't know where it comes from.  I -- I think this

 6   was prepared by somebody else.

 7        Q    Okay.                                     12:14:24

 8        A    I was not directly involved in the        12:14:24

 9   preparation of this.

10        Q    Okay.  You said that some -- has Tristar  12:14:28

11   reported some incidents to the CPSC?

12        A    Yes.                                      12:14:34

13        Q    Okay.  Tell me who did that.  Did you do  12:14:35

14   that?  What department did that?

15        A    Well, after customer service got the      12:14:39

16   incident reports, we passed that -- since

17   they're -- some of them are injuries, some of them

18   are property damage, or things of that nature, we

19   escalate that.

20             We put our best effort in trying to find  12:14:55

21   out what happened.  To this point, by all the

22   testing that we have done, we haven't come to a
```

| | | |
|---|---|---|
| 1 | conclusion or find any defect. So we reported to | |
| 2 | Joe Shull, and Joe advised -- | |
| 3 | Q   Wait. Don't tell me what conversations | 12:15:13 |
| 4 | you've had with your attorneys, because that's | |
| 5 | privileged. You can't tell me that. | |
| 6 | A   Okay. | 12:15:18 |
| 7 | Q   Just tell me what happened with the -- | 12:15:19 |
| 8 | A   Then we reported to the Consumer Product | 12:15:21 |
| 9 | Safety Commission. | |
| 10 | Q   Okay. And as I understand it, the | 12:15:24 |
| 11 | Consumer Product Safety Commission has opened an | |
| 12 | investigation of some of the units? | |
| 13 | A   I don't know that. I don't know if they | 12:15:31 |
| 14 | have opened an investigation. | |
| 15 | Q   Okay. Who would? At Tristar, who would? | 12:15:34 |
| 16 | A   At Tristar? | 12:15:38 |
| 17 | Q   Okay. | 12:15:39 |
| 18 | A   It would have been me. | 12:15:40 |
| 19 | Q   Okay. Has your attorney advised you -- | 12:15:42 |
| 20 | or, actually, let me do this. Let mark this as the | |
| 21 | next number. | |
| 22 | | |

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2        I, FELICIA A. NEWLAND, CSR, the officer before
 3   whom the foregoing videotaped deposition was taken,
 4   do hereby certify that the witness whose testimony
 5   appears in the foregoing videotaped deposition was
 6   duly sworn by me; that the testimony of said witness
 7   was taken by me in stenotype and thereafter reduced
 8   to typewriting under my direction; that said
 9   deposition is a true record of the testimony given
10   by said witness; that I am neither counsel for,
11   related to, nor employed by any of the parties to
12   the action in which this deposition was taken; and,
13   further, that I am not a relative or employee of any
14   counsel or attorney employed by the parties hereto,
15   nor financially or otherwise interested in the
16   outcome of this action.
17
                                      <%Signature%>
18                                    _____
19                                    FELICIA A. NEWLAND, CSR
                                      Notary Public for the
20                                    District of Columbia
21   My commission expires:
     August 14, 2019
22
```