**S-E-A MATTER NO.  01.073877**        **ISSUE DATE:  March 24, 2017**

**REMINGER CO., LPA**
**Attention:  Hugh Bode, Esq.**
**101 West Prospect Avenue, Suite 1400**
**Cleveland, Ohio 44115**

**REBUTTAL EXPERT REPORT**

**Kenneth Chapman, Jessica Vennel, and Jason Jackson**
**vs. Tristar Products, Inc.**
**United States District Court for the**
**Northern District of Ohio Eastern Division**
**Civil Action No. 1:16-CV-1114**



7001 Buffalo Parkway
Columbus, OH 43229
614.888.4160 • 800.782.6851
Fax 614.885.8014
www.SEAlimited.com

**S·E·A**™

# TABLE OF CONTENTS

**SECTION**                                                                                    **PAGE**

I.    Project Summary.................................................................................1
        Purpose.................................................................................1
        Conclusions..........................................................................1

II.    Procedures............................................................................3

III.    Equipment and Results ........................................................5
        Pressure Cooker Model and Components............................5
        S-E-A Examination Methods...............................................8
        Pressure Cooker Inspection Measurements .......................10
        Pressure Cooker Operational Test Results.........................10
        Pressurized Lid Removal Test Results ..............................10

IV.    Discussion...........................................................................14
        Pressure Cooker Operational Tests....................................14
        Lid Locking Position Analysis...........................................14
        Pressure Release Valve Analysis .......................................15
        Clog Resistant Lid Liner Analysis ....................................16
        Lid Removal Analysis.......................................................17
        Owner's Manual Analysis..................................................26
        Adverse Expert Report......................................................28
        Accident Causation ...........................................................30

IV.    Signatures............................................................................31

**S·E·A**™

---

# I.    PROJECT SUMMARY

## PURPOSE

On December 7, 2016, Mr. Hugh Bode of Reminger Company, LPA contacted and requested that SEA, Ltd. (S-E-A) perform an investigation of the matter involving the alleged failure of an electric pressure cooker manufactured by Tristar Products, Inc. ("Tristar"). This investigation was assigned to S-E-A Project Engineer Jason M. Mattice, P.E. as S-E-A Matter No. 01.073877. I previously provided a report titled "Tristar Pressure Cooker Examination Model #PPC770" that was written on March 30,2016. I also provided a declaration dated January 30, 2017. Those documents contain my opinions in this matter. I have had an opportunity to review the Argos Engineering plaintiff's expert report written by Dr. John D. Pratt dated February 22, 2017. I have also reviewed the expert rebuttal report authored by Dr. Pratt and dated March 22, 2017. This rebuttal report is my response to those documents.

## CONCLUSIONS

- **In all cases, the test technician maintained control of the lid during the lid removal tests and there was no expulsion of fluids from the exemplar pressure cookers.**
- **The lid was found locked and secured, and the pressure release valve was found intact and secured at the conclusion of every cook cycle test for both exemplar and incident pressure cookers.**
- **The operational exemplar tests show that a locked lid will not come off a pressure cooker on its own once the cooker becomes fully pressurized and the lid and outer pot locking tabs are fully engaged.**
- **This exemplar test series shows that the pressure cooker mechanisms provide robust and redundant methods that are capable of preventing hazardous conditions during operation.**
- **If the lids are partially locked or unlocked, the pressure cooker is unable to achieve a steady state internal pressure that significantly exceeds the ambient air pressure due to the venting of the float valve mechanism or unlocked lid gasket, indicating that the pressure cookers must have either been fully locked or almost fully locked prior to the accidents involving the plaintiffs.**
- **The average duration to vent the internal pressure from operating levels to ambient levels was 2 minutes and 14 seconds for the four exemplar pressure cookers.**
- **All three of the incident pressure cookers vented using the pressure release knob for less than three minutes prior to removing the lid from the cooker base and opening the unit.**
- **According to the test results, had the incident units been vented using the pressure release knobs for longer than three minutes, the internal pressure of**

the cookers would have been around ambient levels and incapable of resulting in a hazardous expulsion upon removal of the lid.

- Regardless of the presence of the residue within the valves on the incident cookers, the residue did not impact the ability of the valves to vent pressure during operational testing, indicating that a valve clog was not a cause of the accident in the three incident cookers.

- If a user is only applying force to the lid and not restraining the cooker base or base handles while trying to remove the lid, the maximum torque a user could apply to the lid before the entire unit begins to rotate is around 39 in-lbs.

- Due to the strength and grip required to force open the lid at the low internal pressure levels, the test technician maintained control of the lid for all lid removal tests regardless of if the lid was partially locked or fully locked.

- I was the only participant that opened a pressurized incident cooker by removing the lid entirely from the base of the pressure cooker during the joint examination.

- The calculations performed by S-E-A show that the total circumferential locking tab force is significantly less than the total locking tab frictional force for all three incident cookers, meaning the locking tab angles are not steep enough for the lid to become dislodged and ejected when the cooker is fully pressurized without additional external torque applied to the lid.

- The tests and calculations performed by S-E-A show that a lid will not rotate toward an unlocked position and come off a pressure cooker on its own if the cooker is fully pressurized and the lid and outer pot locking tabs are engaged, regardless of lid locking position.

- If Vennel applied force to the lid without restraining the cooker base, it is unlikely that removal of the lid would have resulted in a hazardous response because the low levels of internal pressure would have caused the entire pressure cooker to rotate on the countertop while the lid would have remained locked.

- The lid force calculations performed by S-E-A show that if the user is applying force adjacent to the center of the lid handle, it could take between two and thirteen times more force to overcome the locking tab friction and rotate the lid compared to using the two-hand method described by Dr. Pratt, which loads the outer circumference of the lid handles.

- The pressure cooker owner's manual contains multiple statements that describe instructions directing users not to force the lid open or open the cooker prior to full internal pressure release; doing so would constitute misuse of the product.

- The analyses performed by S-E-A and the plaintiffs' testimony show that there would have been ambient or safe levels of pressure within the cooker at the time of the accidents, indicating that the accidents likely a result of fluid spillage as opposed to a pressurized ejection of fluid.

- Dr. Pratt's calculations include invalid assumptions that fail to account for the many variables that impact the time-dependent nature of the internal cooker pressure during the pressurization stage.

- Although Dr. Pratt claims that the S-E-A pressure measurements are "unreasonably high and obviously in error," the measurements were made with accurately calibrated instrumentation, and Dr. Pratt has not done any independent testing to confirm or refute these measurements.

**S·E·A**™

- **Dr. Pratt's method of opening the pressure cookers is inconsistent with the testimony of all three plaintiffs.**
- **Dr. Pratt repeatedly confuses the differences between opening a pressure cooker by removing the lid from the cooker base with simply rotating the lid through a small angle while it is still secured to the cooker base.**
- **Dr. Pratt does not provide any basis for his assertion that "A pressure cooker that can be opened while still pressurized is unreasonably dangerous, cannot be used safely for the purpose for which it was intended".**
- **Despite not providing any evidence that he has ever removed the lid from a pressurized cooker, Dr. Pratt opines regarding the resulting lid mechanics based on invalid assumptions that are not supported by evidence or analysis;**
- **S-E-A has shown with both exemplar and the incident pressure cookers that a lid can be removed from a cooker exhibiting less than 110 kPa without any dangerous consequences.**
- **All the exemplar and incident pressure cookers completed the operational tests safely and performed as intended with no anomalous performance issues;**
- **The plaintiffs' testimony states that each user reviewed the user's manual, that the incident cookers were used prior to the accident with no performance issues, that the pressure or steam had been vented prior to the accidents, and that the lid came off easily during the accidents.**
- **The tests and calculations show that a lid will not rotate toward an unlocked position and come off a pressure cooker on its own if the cooker is fully pressurized due to the shallow angle of the locking tabs and the friction resulting from internal pressure.**
- **The analyses performed by S-E-A and the plaintiffs' testimony show that there would have been ambient or safe levels of pressure within the cooker at the time of the accidents, indicating that the accidents were likely a result of fluid spillage as opposed to a pressurized ejection of fluid.**
- **When used as directed, the PPC770, PPC770-1, PPC780, and the PPC790 pressure cookers are safe for ordinary consumer use as designed.**

## II.   PROCEDURES

1. Prior to the issuance of this rebuttal report, the following materials were reviewed:

   a) Class Action Complaint;

   b) Answer of Tristar Products Inc.;

   c) Photographs of Kenneth Chapman injuries;

   d) Photographs of the Chapman pressure cooker;

   e) Photographs of Jessica Vennel injuries;

   f) Photographs of Vennel pressure cooker;

   g) Medical records for Jessica Vennel;

   h) Correspondence between Jessica Vennel and Target/Tristar Products;

i) Photographs of Jason Jackson injuries;

j) Photographs of Jackson pressure cooker;

k) Deposition testimony for Kenneth Chapman;

l) Deposition testimony for Jessica Vennel;

m) Deposition testimony for Jason Jackson;

n) Owner's manual for the Power Cooker 6-Quart Digital Pressure Cooker for model PPC770 from an exemplar pressure cooker;

o) S-E-A report titled "Tristar Pressure Cooker Examination Model #PPC770" written on March 30, 2016.

p) Tristar PPC770, PPC770-1, and PPC780 pressure cookers belonging to Representative Class members Chapman, Vennel, and Jackson, respectively;

q) Declaration of John D. Pratt, Ph. D., P.E. dated on January 12, 2017;

r) Declaration of Jason M. Mattice, M.S., P.E. dated January 30, 2017;

s) Rebuttal Declaration of John D. Pratt, Ph. D., P.E. dated February 3, 2017;

t) Argos Engineering plaintiff's expert report written by Dr. John D. Pratt and prepared for the Greg Coleman Law PC dated February 22, 2017;

u) Plaintiffs' Notice of Filing Rebuttal Report of Dr. John D. Pratt dated March 22, 2017;

v) Expert Rebuttal Report of Dr. John D. Pratt Regarding Defective Tristar Power Pressure Cookers XL Models dated March 22, 2017.

2. S-E-A conducted engineering inspections and product examinations on multiple PPC770 exemplar pressure cookers between October 2, 2015 and January 27, 2017, that included the following work tasks:

a) Normal operating cook cycles;

b) Attempting to remove lid while pressurized;

c) Operating pressure cooker while lid was not completely locked;

d) Operating pressure cooker with various fluid levels in the inner pot;

e) Operating the cooker with various sensors disabled or valves clogged.

3. S-E-A conducted a product examination on January 3, 2017 of the following pressure incident pressure cookers:

a) Chapman PPC770 pressure cooker involved in the alleged accident;

b) Vennel PPC770-1 pressure cooker involved in the alleged accident;

c) Jackson PPC780 pressure cooker involved in the alleged accident.

S·E·A™

---

## III.   EQUIPMENT AND RESULTS

**PRESSURE COOKER MODEL AND COMPONENTS**

The products involved in the reported incidents were Power Pressure Cooker XL (**Figure 1**) Digital Pressure Cooker Model PPC770 (Chapman, 6 quart), PPC770-1 (Vennel, 6 quart), and PPC780 (Jackson, 8 quart).  Multiple exemplar pressure cookers were examined.  All Power Pressure Cooker XL exemplars were new PPC770 units (6 quart) sent from Tristar Products.  The pressure cookers will be referred to as the sample exemplar pressure cookers in this report.

The pressure cooker is composed of five primary sub-assemblies: lid, pots, outer housing, control panel, and the base internal electrical components.  The outer lid (**Figure 2**) contains the lid handle, pressure release valve, pressure release knob, and float valve.  The pressure release valve is composed of a cylindrical weighted cap, an internal conical stopper, and metal exhaust valve.  A metal snap ring holds the cylindrical weighted cap to the metal exhaust valve, and the conical stopper inside the weighted cap seats into the through hole of the metal exhaust valve.  When the pressure release knob is set to the open position, it elevates the pressure release valve weighted cap to allow the cooker steam to vent and depressurize the cooker.

The lid is placed on the top of the cooker housing and is secured by rotating it counter-clockwise.  The rotation positions the lid locking tabs so that they can engage the outer pot locking tabs when the cooker becomes pressurized, which restrains the lid to the cooker housing during operation.  Additionally, there is a slider with a through hole in the lid that is aligned with the float valve when the lid is in the locked or unlocked position.

 

**FIGURE 1**:  Photographs of PPC770 pressure cooker lid and LCD control panel.

S·E·A™



**FIGURE 2**:  Photograph of pressure cooker outer lid with handle, pressure release valve, pressure release knob, and float valve.

The inner lid (**Figure 3**) contains a perforated clog resistant lid liner, float valve washer grommet, gasket, pressure release valve port, and six lid locking tabs.  The perforated clog resistant liner protects the metal exhaust valve and float valve from internal clogs and debris by creating a barrier between the cooking contents and the inner lid surface. The float valve is composed of a metal valve and a washer grommet.  The float valve normally elevates when pressure builds in the cooker.  The vertical translation of the float valve engages a slider hole in the outer lid (**Figure 4**), which normally prevents the lid from rotating and unlocking until the pressure has been released.

Prior to locking the lid, an inner pot is seated inside the outer pot.  The lid is placed on the top of the cooker housing and is secured by rotating it counterclockwise.  When the lid is attached to the base, it aligns the gasket around the circumference of the inner lid with the circumference of the inner pot, forming a seal and enclosing the inner pot cavity with the inner lid.  The lid rotation also positions the lid locking tabs so that they can engage the outer pot locking tabs (**Figure 5**).  The two sets of locking tabs are fully engaged when the lid is in the closed position.  The locking tabs resist the upward force from the internal pressure exerted on the underside of the lid that is generated during operation, restraining the lid to the cooker base.

**S·E·A™**





**FIGURE 3**:  Photographs of pressure cooker inner lid with (top) and without (bottom) clog resistant liner, washer grommet, gasket, pressure release valve, and lid locking tabs.

 

**FIGURE 4**:  Photographs of float valve engaging slider hole in outer lid (left) and slider preventing float valve from elevating (right).

**S·E·A**™



**FIGURE 5**:  Photograph of pressure cooker outer pot locking tabs.

## S-E-A EXAMINATION METHODS

The examinations described in this report were composed of multiple phases involving both exemplar and incident pressure cookers.  The evaluation of the exemplar pressure cookers involved two primary stages.   The first stage involved a thorough inspection to document the physical characteristics, dimension, and functionality of the pressure cooker.  The second phase determined the operational characteristics of each cooker under various conditions using wireless data sensors to measure the temperature and pressure within the cooker during each test.

Once the exemplar cooker inspections were completed, each pressure cooker was run through a series of tests to quantify the performance of the cooker under various operational conditions.  Water was used in the inner pot as the cooker medium during all tests.  First, each exemplar pressure cooker was run through a series of operation cycles to evaluate the performance and functionality of the cooker components under normal operating conditions when using the cook cycle function buttons on the control panel.  Next, the pressure cooker lid was incremented from fully unlocked to the fully locked position to evaluate the functionality of the float valve mechanism and its impact on internal pressure generation for various lid positions.  Then, the cooker monitoring mechanisms were evaluated by systematically disabling each one.  This evaluation

documented cooker performance when either the pressure release valve was clogged or the float valve was clogged. Lastly, multiple attempts were made to remove the lid while the cooker was pressurized at various pressures to determine under what conditions the lid could be removed by a consumer.

A joint examination was held at S-E-A in Columbus, Ohio on January 2, 2017 which was attended by the plaintiff's counsel and expert. The examination involved a detailed inspection of the Chapman Power Pressure Cooker XL (PPC770, 6 quart), Vennel Power Pressure Cooker XL (PPC770-1, 6 quart), and Jackson Power Pressure Cooker XL (PPC780, 8 quart) to document the physical characteristics of each unit. Next, each incident pressure cooker was run through a cook cycle test to evaluate the functionality and performance of each unit. The last stage of the examination involved pressurizing each incident cooker and attempting to remove the lid using various hand orientations on the product to determine under what conditions the lid could be removed by the plaintiffs.

When applicable, each test recorded temperature and absolute pressure data using a DataTrace RF Micropack Radio Frequency (MPRF) Pressure Data Logger. The wireless data logger is programmable and collects up to 8000 data points in real time, 4000 each for pressure and temperature readings at a rate of 1 sample every 2 seconds. The real-time data permits wireless monitoring of the temperature and pressure during the test.

The term "pressure" is mentioned throughout this report and typically refers to absolute pressure, unless it is noted otherwise. Gauge pressure is another term used and it is defined as the difference between the absolute pressure and atmospheric pressure. Atmospheric pressure is around 101 kPa on average and typically ranges from 96 kPa to 105 kPa. Gauge pressure is sometimes referred to as the "pressure range" or "cook pressure" in this report. The pressure range is the difference between the maximum absolute pressure and the initial absolute pressure (approximately atmospheric pressure) measured during a test. The cook pressure is displayed on the control panel when selecting a cook cycle and approximates the target pressure range. For these reasons, pressure range and cook pressure are used interchangeably for gauge pressure in some instances throughout this report. The definitions and formulas for the various pressure terms are listed in **Table 1**.

| Pressure Term | Definition | Value |
|---|---|---|
| Atmospheric (ATM) | Environmental ambient air pressure | ≈101 kPa (±4 kPa) |
| Absolute (ABS) | Pressure relative to zero (vacuum) | GA + ATM |
| Gauge (GA) | Pressure relative to ambient air | ABS − ATM |
| Pressure Range (PR) | Max test pressure difference | Max ABS − ATM |
| Cook Pressure (CP) | Cooker nominal pressure range | ≈PR |

**TABLE 1**: Summary of the pressure terms and definitions.

S·E·A™

## PRESSURE COOKER INSPECTION MEASUREMENTS

During the inspection of each exemplar and incident pressure cooker, several measurements were recorded to assess the variation in the pressure cooker component specifications for each exemplar and incident pressure.  The measurements focused on the specifications for the lid, locking tabs, pressure release valve, float valve, and control panel settings for each cooker.  The inspection measurements were used in the analysis of various factors impacting the performance of the pressure cookers.

## PRESSURE COOKER OPERATIONAL TEST RESULTS

Each pressure cooker was run through a series of operation cycles to evaluate the performance and functionality of the cooker components under various operating conditions.  Prior to each test, the inner pot was filled to the water level specified in the test matrix.  The water was emptied and refilled after each consecutive test.  During each test, wireless test sensors were used to continuously monitor and record the internal cooker temperature and absolute pressure.  All data was sampled at a rate of 1 sample every 2 seconds.  This data is used to analyze the performance of the cooker and understand the variation in the performance metrics from cooker to cooker.

The first set of tests evaluated the performance and functionality of the cooker components under normal operating conditions.  The cook cycle buttons on the control panel were used to program the pressure cooker for each cook cycle test.  For the remaining tests, the "Canning/Preserving" cook setting was chosen because it has the highest cook pressure, 83 kPa, of all cook settings as listed in the owner's manual.

The temperature and absolute pressure were recorded for each applicable test. The initial temperature was recorded and was approximately 101 kPa (standard air pressure) for all tests.  The maximum temperature and maximum absolute pressure were also measured.  With this information, the temperature range for the test was calculated by subtracting the initial temperature from the maximum temperature.  The pressure range was calculated by subtracting the initial absolute pressure from the maximum absolute pressure.  The pressure range is meant to be a representative metric for the cook pressure setting on the control panel.  The pressure range can also be thought of as the gauge pressure.

## PRESSURIZED LID REMOVAL TEST RESULTS

Lid removal tests were performed to test the ability of the pressure cooker locking mechanisms to function effectively and evaluate the possibility of an operator opening the lid of a pressurized cooker.  When the cooker internal pressure begins to increase, the contact forces between the lid locking tabs and the outer pot locking tabs begin to increase.  As the locking tab contact forces increase, the friction between the locking tabs increases, making it more difficult to twist open the lid.  To open a lid that is fully and properly locked while the cooker is pressurized, an operator would have to defeat the float valve locking mechanism and apply a large enough torque to overcome the locking

tab friction.  The lid removal tests were designed to determine what pressures, and corresponding locking tab friction, an operator could overcome by applying a reasonable lid torque to open the lid.

A 6-quart, PPC770 exemplar cooker was selected for the lid removal testing.  The inner pot was filled to the "3/5" line with water which equated to approximately 3300 grams or 3.3 liters.  The cooker was brought to full operating pressure using the "Canning/Preserving" cook cycle.  The "Canning/Preserving" cook setting was chosen because it has the highest cook pressure, 83 kPa, of all cook settings as listed in the owner's manual.  The power to the cooker was shut off once it reached operational pressure.  With the cooker still pressurized, a torque was applied to the lid in an attempt to defeat the locking mechanism and open the cooker while it was pressurized.  The test technician applied the lid torque by using one hand adjacent to the center of the lid handle to try and rotate the lid, while simultaneously using the other hand to restrain a base handle on the pressure cooker to prevent the unit from rotating.

Without power, the cooker slowly cooled with a resulting decrease in internal pressure.  At regular pressure intervals, the lid torque was applied until the lid could be moved or removed completely.  The internal pressure was monitored with the wireless pressure gauge and the absolute pressure was recorded at various intervals.  The cooker absolute pressure ranged from 160 kPa down to 105 kPa in regular intervals.

The lid removal tests were performed with three separate lid positions: fully locked (100%), half-locked (50%), and barely locked (5%).  The percentages are merely indicative of the general locking positions and not exact positioning figures.  For all three positions, there is engagement between the lid locking tabs and the outer pot locking tabs so that the lid can be restrained during operation.  For the half-locked and barely locked lid positions, the float valve was intentionally clogged and fixed in the down position to allow the cooker to reach full operational pressure.

For the pressurized lid removal tests performed on the exemplar cookers, the ambient pressure was around 99 kPa (14.36 psi).  During the fully locked position test, the lid was removed at 110.2 kPa (15.98 psi), which corresponds to an internal gauge pressure of 11.2 kPa (1.62 psi) for the fully locked position.  The lid was removed at 109.5 kPa (15.88 psi) for the half-locked position, which corresponds to a gauge pressure of 10.5 kPa (1.52 psi).  The lid was removed at 110.4 kPa (16.01 psi) for the barely locked position, which corresponds to a gauge pressure of 11.4 kPa (1.65 psi).  **In all cases, the test technician maintained control of the lid during the lid removal tests and there was no expulsion of fluids from the exemplar pressure cookers.**

Pressurized lid removal tests were also performed on the Chapman, Vennel, and Jackson incident pressure cookers.  The inner pot was filled to the "2" cup line with water to create a condition in which the cooker would achieve the highest internal pressures in the shortest length of time.  Each cooker was brought to an operating pressure around 135 kPa (5 psi) using the "Soup/Stew" cook cycle.  The "Soup/Stew" cook setting was chosen because the testimony of the plaintiff indicated that this setting was used during the accident involving one of the incident pressure cookers.  The power to the cooker was shut off once it reached the target operational pressure.

**S·E·A**™

With each incident cooker still pressurized, a torque was applied to the lid in an attempt to defeat the locking mechanism and open the cooker while it was pressurized. Two different methods were used to apply the lid torque. The first method involved using both hands placed on the edges of the lid handle while simultaneously encompassing the adjacent base handles. Both hands would use the base handles as leverage when applying force to the outer circumference of the lid handle. This method is referred to as the "two-hand" method (**Figure 6**). Second, the lid torque was applied by using one hand adjacent to the center of the lid handle to try and rotate the lid, while simultaneously using the other hand to restrain a base handle on the pressure cooker to prevent the unit from rotating. The second method is referred to as the "one-hand" method (**Figure 7**). The rotation of the lid for each applicable method was noted for lid movements between the fully locked position and the half-locked lid position.



**FIGURE 6**: Photograph illustrating the two-hand lid opening method.

The ambient pressure for the Chapman lid removal test was 97.0 kPa (14.07 psi). The Chapman cooker began rotating from the fully locked to the half-locked position using the two-hand method at 123.2 kPa (17.87 psi), which corresponds to a gauge pressure of 26.2 kPa (3.80 psi). The lid on the Chapman cooker began rotating from the fully locked to the half-locked position using the one-hand method at 113.2 kPa (16.42 psi), which corresponds to a gauge pressure of 16.2 kPa (2.35 psi). Mr. Mattice removed the lid completely from the base and opened the pressure cooker at 103.0 kPa (14.93 psi), which corresponds to a gauge pressure of 6.0 kPa (0.87 psi).

**S·E·A**™



**FIGURE 7**:  Photograph illustrating the one-hand lid opening method.

The ambient pressure for the Vennel lid removal test was 96.6 kPa (14.01 psi).  The Vennel cooker began rotating from the fully locked to the half-locked position using the two-hand method at 121.4 kPa (17.61 psi), which corresponds to a gauge pressure of 24.8 kPa (3.60 psi).  The lid on the Vennel cooker began rotating from the fully locked to the half-locked position using the one-hand method at 116.8 kPa (16.94 psi), which corresponds to a gauge pressure of 20.2 kPa (2.93 psi).  Mr. Mattice removed the lid completely from the base and opened the pressure cooker at 108.0 kPa (15.66 psi), which corresponds to a gauge pressure of 11.4 kPa (1.65 psi).

The ambient pressure for the Jackson lid removal test was 97.1 kPa (14.08 psi).  The Jackson cooker began rotating from the fully locked to the half-locked position using the two-hand method at 127.6 kPa (18.51 psi), which corresponds to a gauge pressure of 30.5 kPa (4.42 psi).  The lid on the Jackson cooker began rotating from the fully locked to the half-locked position using the one-hand method at 118.1 kPa (17.13 psi), which corresponds to a gauge pressure of 21.0 kPa (3.05 psi).  Mr. Mattice removed the lid completely from the base and opened the pressure cooker at 107.0 kPa (15.52 psi), which corresponds to a gauge pressure of 9.9 kPa (1.44 psi).

**S·E·A**™

## IV.  DISCUSSION

## PRESSURE COOKER OPERATIONAL TESTS

Tests were performed to evaluate the performance of the pressure cooker when using the cook cycle function buttons on the control panel.  At the conclusion of each cook cycle test and prior to the depressurization of the inner pot, the lid and pressure release valves were checked to ensure they were secured properly.  **The lid was found locked and secured and the pressure release valve was found intact and secured at the conclusion of every cook cycle test for both exemplar and incident pressure cookers.**

To compliment the cook cycle tests, a series of examinations evaluating the performance of the cooker for various locking conditions were performed.  The objective of the lid locking tests was to vary the lid locking position from fully locked, to half-locked, to barely locked, to unlocked and see if running a cook cycle would cause the lid to open during operation.  The lid, as well as all other components, remained undamaged and secured to the pressure cooker during every lid lock test with no expulsion of fluid or steam.  **The operational exemplar tests show that a locked lid will not come off a pressure cooker on its own once the cooker becomes fully pressurized and the lid and outer pot locking tabs are fully engaged.**

An exemplar test series was designed to exercise various features by operating it with certain key components disabled.  This examination documented cooker performance with the rapid release valve clogged or the float valve clogged.  With either the pressure release valve or the float valve clogged, the cooker was still able to reach full operational pressure when the lid was fully locked.  Both tests with clogged openings yielded performance that was not distinguishably different from the tests of standard operation.  In the case of a clogged pressure release valve, the pressure could not be manually dissipated and the lid could not be forcibly removed right away.  The owner's manual addresses the situation of a clogged valve, and the directions describe a reasonable method to solve the problem.  Instructions in the owner's manual also describe how to prevent clogging.  **This exemplar test series shows that the pressure cooker mechanisms provide robust and redundant methods that are capable of preventing hazardous conditions during operation.**

## LID LOCKING POSITION ANALYSIS

A series of tests were performed on five different PPC770 exemplar pressures cookers to evaluate the performance of the cooker and the float valve mechanism to regulate internal pressure based on the position of the lid.  When the lid is placed on the pressure cooker it can be rotated through a circumferential distance of about 3 inches, with 3 inches being the locked lid position and 0 inches being the fully unlocked lid position.  The lid position was incremented in twenty fraction steps ranging between 3/16 of an inch and 2.5 inches.  There was no observable locking tab engagement between the lid and the cooker base at 3/16 of an inch.

**S·E·A**™

During the exemplar tests, each cooker was filled with 2 cups or water and set to the "Canning/Preserving" cook cycle using the control panel. The pressure and temperature of each test were recorded. In each test, the performance of the float valve and lid were monitored. The test results showed that the pressure cooker demonstrated consistent performance for positions ranging from 3/16 of an inch to 2 inches. In each test, steam and pressure leaked from the cooker and prevented the pressure cooker from reaching a full operating gauge pressure (83 kPa) for the specified cook cycle setting. There were two ways the cooker prevented the buildup of full operational pressure. First, when the lid was slightly rotated, the locking tabs were not engaged and the lid was not restrained to the cooker base. Once pressure began building, the seal between the lid gasket and the inner pot was broken and steam vented around the circumference of the cooker. Second, when the locking tabs were partially engaged, the float valve could not elevate due to interference with the sliding strike plate. This allowed the float valve to leak steam and pressure. The average maximum gauge pressure recorded during these tests was 12.0 kPa (1.74 psi). The internal pressure dynamically changed during the test, and the maximum pressure only occurred for a moment while the cooker pressure equilibrated. Once the pressure cooker reached a steady state, the internal cooker pressure was at levels that approximated the ambient air pressure (<100 kPa).

Once the lid was rotated to the 2.5-inch position, there was enough locking tab engagement to secure the lid to the base and the float vale could fully elevate through the hole in the strike plate. At this position, the cooker exhibited a full operational gauge pressure of 97.3 kPa (14.11 psi). For the purposes of this report, a fully locked lid will refer to a lid rotational position of 2.5 inches or greater.

This study shows that for the pressure cookers to reach full operational pressure, the lids must be rotated to the fully locked position, or at least 2.5 inches of circumferential rotation. **If the lids are partially locked or unlocked, the pressure cooker is unable to achieve a steady state internal pressure that significantly exceeds the ambient air pressure due to the venting of the float valve mechanism or unlocked lid gasket, indicating that the pressure cookers must have either been fully locked or almost fully locked prior to the accidents involving the plaintiffs.**

The plaintiff testimonies indicate that the users were knowledgeable about locking the lids or the lids were fully locked prior to the accidents (Chapman 16:16-20; Vennel 17:1-4; Jackson 14:15-16:20, 35:14-16). For a lid to be ejected due to internal pressure, the lids would either have to be forcibly unlocked by a user from the fully locked position or the lids would have to rotate on their own due to the pressure cooker functional mechanisms. Both issues are addressed later in this report.

## PRESSURE RELEASE VALVE ANALYSIS

During the operational tests of the exemplar cookers, the duration of the pressure release using the pressure release knob was recorded for various cook cycles. Each cooker was filled to the "3/5" line with about 11 cups of water, and run through an entire "Soup/Stew" operational cook cycle. Once the cook cycle completed, the internal pressure and steam were vented using the pressure release knob. Once the valve had vented the pressure to ambient levels, the lids were removed from the pressure cooker

bases.  The duration of the pressure release was recorded for each exemplar test.  **The average duration to vent the internal pressure from operating levels to ambient levels was 2 minutes and 14 seconds for the four exemplar pressure cookers.**

During the joint examination of the incident pressure cookers, each one was filled with water and run through an entire "Soup/Stew" operational cook cycle.  Once the cook cycle completed, the internal pressure and steam were vented using the pressure release valve on the lid.  Once the valve had finished venting the internal pressure to ambient levels, the lids were removed from the pressure cooker bases.  The duration of the pressure release was determined for each of the tests.  **All three of the incident pressure cookers vented using the pressure release knob for less than three minutes prior to removing the lid from the cooker base and opening the unit.**

The testimonies of multiple plaintiffs indicated that the pressure and steam within the pressure cooker and been released using the pressure release valve located on the lid prior to the accidents.  This was either performed by the plaintiff or demonstrated by family members of the plaintiff prior to the accidents.  Chapman testified that his wife vented the steam prior to the accident and that she showed him that no steam came out of the pressure release valve when it was opened (Chapman 20:22-22:1).  Although Chapman does not mention a specific time for relieving the pressure using the release valve, the absence of any steam venting from the valve would indicate that the internal pressure was near ambient levels.  Vennel opened the pressure release valve for about 10 to 15 minutes, which was long enough to observe the float valve drop (Vennel 12:11-13:12).  Vennel's testimony indicates that the internal cooker pressure was near ambient levels.  Jackson testified that there was a fairly strong jet of steam that came out of the pressure release valve when it was opened that lasted a few minutes (Jackson 22:20-23:5), which aligns with the amount of time to vent the cooker pressure to ambient levels observed during testing.  **According to the test results, had the incident units been vented using the pressure release knobs for longer than three minutes, the internal pressure of the cookers would have been around ambient levels and incapable of resulting in a hazardous expulsion upon removal of the lid.**

## CLOG RESISTANT LID LINER ANALYSIS

In page 12 of his report, Dr. Pratt questions the functionality of the clog resistant lid liner and hypothesizes that the valves can become clogged:

> "Despite the presence of the lid shield, which the pressure cooker owner's manual describes as a "clog resistant" feature that prevents food from clogging the manual release valve, it is possible for a pressure cooker's manual release and floating valves to become clogged."

The following statements from Dr. Pratt's report is the only evidence that Dr. Pratt provides to support his claim:

> "The lid shield is manufactured with numerous holes through which food can pass and enter the manual release and floating valves.  Such food debris on and inside the valves was observed on two of the Plaintiff's pressure cookers.  My

*S·E·A*™

examination of the Chapman and Jackson units revealed food debris in the region between the screen and the underside surface of the lid as well as on the floating valve and manual release valve."

Inspection of the Chapman and Jackson cookers revealed that Dr. Pratt's description of the clog may misrepresent the actual state of the substance. The food debris he described in his report can be better defined as a congealed, oily residue. Dr. Pratt was correct in identifying the presence of the residue inside of the valves, which partially occluded the valves.

The operational tests performed on both the Chapman and Jackson pressure cookers showed that both the float valve and the pressure release valve operated normally without any issues due to the oily residue within the valves prior to testing. The residue likely became liquid or vapor once the pressure cooker reached operating temperatures more than 200 ºF, and either drained from the valves or was expelled during testing. **Regardless of the presence of the residue within the valves on the incident cookers, the residue did not impact the ability of the valves to vent pressure during operational testing, indicating that a valve clog was not a cause of the accident in the three incident cookers.** Despite the test results, Dr. Pratt continues to suggest that the lid liner does not prevent the valves from becoming clogged, potentially leading to a hazardous condition for the user. Dr. Pratt does not provide any experimental results or calculations to support his accusation that the lid liner does not prevent valve clogs and disproves the owner's manual clog resistant labeling of the lid liner.

## LID REMOVAL ANALYSIS

Each of the plaintiffs described the method they used to open the pressure cooker during their deposition testimony. Chapman (17:6-8) explained that when he put the lid on the cooker he would grab the middle of the lid handle with one hand and would not grab the base handles. Chapman further explained that when he removed the lid during the accident he stated "I probably had one at one side and one in the middle to open it like that" (Chapman 22:14-18), which would indicate that he opened the lid with one hand on the center of the lid handle. He continues to describe the method (Chapman 28:14-29:5) he used, stating that both of his hands were on the outer edges of the lid handle and he was pulling with his left hand while pushing with his right hand when he was attempting to take off the lid. His statement does create some confusion because pulling with his left hand and pushing with his right hand would cause the lid to rotate counterclockwise, forcing the lid towards the fully locked position instead of towards the fully open position. A clockwise rotation is required to unlock the lid, which would necessitate pushing with his left hand and pulling with his right. His description is also inconsistent with his earlier testimony that he "probably" used one hand in the middle of the lid handle. Chapman's inconsistencies in his deposition in regards to how he unlocked the lid make his testimony unreliable for this issue.

Vennel stated that she would use the two hands on the sides of the lid handles to open the lid, using "the first one to just push gently and then grasp it" (Vennel 13:23-14:16). She also stated that she did not use the base handles or "additional handles" as she describes them. This method would imply that she is relying on the frictional resistance between

- 17 -

**S·E·A**™

the rubber feet on the bottom of the cooker base and the countertop to provide rotational resistance when opening the lid. This opening method acts as a lid torque limiter. If the torque required to exceed the lid locking tab friction is greater than the torque required to overcome the cooker base feet friction, then the whole unit will rotate on the countertop with the lid remaining secured to the cooker base.

S-E-A performed a series of tests to evaluate the torque limiting characteristics of the Vennel lid opening method. An exemplar PPC770 was filled to the "Max Cup" or "4/5" line with water. The total weight of the pressure cooker and liquid contents was 20.80 pounds. The pressure cooker was then placed on a Formica countertop, and the force to drag the cooker horizontally along the countertop was measured for repeated trials to determine the frictional force on the cooker base rubber feet. The average drag force for the full pressure cooker was 9.08 pounds. The friction coefficient for the rubber feet attached to the bottom of the cooker base is calculated by dividing the drag force by the weight of the pressure cooker. The calculated cooker base feet friction coefficient is 0.44.

The cooker base friction coefficient can be used to determine the limiting lid torque on the pressure cooker. The rubber feet are around 4.25 inches from the center of rotation of the pressure cooker. **If a user is only applying force to the lid and not restraining the cooker base or base handles while trying to remove the lid, the maximum torque a user could apply to the lid before the entire unit begins to rotate is around 39 in-lbs.** This analysis assumes the pressure cooker weighs about 21 pounds and is filled to the max line as indicated by the graduation on the inner pot. If the pressure cooker weighs less or is filled to a lower capacity, the limiting torque would be lower than 39 in-lbs.

Jacksons stated that he used two hands to unlock and remove the lid from the cooker base. Jackson stated one hand would be placed at the center of the lid handle, while the other hand would be placed on a base handle to restrain the cooker base (Jackson 16:21-17:14, 23:11-20). This is representative of the one-hand lid opening methods employed by S-E-A during the lid removal tests performed on the exemplar cookers.

S-E-A performed lid removal tests on exemplar pressure cookers that showed that the lids could not be removed by an adult male while the pressure cooker was fully pressurized. When the internal absolute pressure was reduced to around 110 kPa (15.95 psi), which corresponds to an approximate gauge pressure of 11 kPa (1.6 psi), the test technician was eventually capable of twisting off the lid. The internal pressure at the point of forced lid removal was no longer high enough to develop significant upward force on the lid or eject fluid from the pressure cooker inner pot. **Due to the strength and grip required to force open the lid at the low internal pressure levels, the test technician maintained control of the lid for all lid removal tests regardless of if the lid was partially locked or fully locked.**

During the joint examination, Dr. Pratt described the methods he used to test the Chapman cooker. Specifically, Dr. Pratt demonstrated the method he used to torque and rotate the lid while the unit was pressurized. Dr. Pratt implemented a two-handed method. The two-hand method involved using both hands placed on the edges of the lid handle while simultaneously encompassing the adjacent base handles. Both hands would use the base handles as leverage when applying force to the outer circumference of the lid

- 18 -

**S·E·A**™

handle.  This method produces the maximum amount of torque for a given force application because the location of the loading is on the outer circumference of the lid, which is the farthest distance from the center of lid rotation.  In his rebuttal declaration, Dr. Pratt states that this method of rotating the lid is representative of how the consumer population would open the lid:

> "The manner in which Mr. Mattice and I grasped and rotated the covers during testing was consistent with the anticipated ordinary use by consumers."

Dr. Pratt's claim is unsupported in his declarations and report.  Dr. Pratt does not provide any basis for this method of unlocking the lid.  He did not perform and human factors testing or evaluations to determine how a typical user would unlock the lid, and fails to reference the available information about lid grasping provided in the materials.  The quick start guide that comes with the pressure cooker displays a hand grasping the center of the lid handle in step 3.  None of the plaintiffs involved in this case used the two-hand method implemented by Dr. Pratt to open the pressure cooker just prior to the accidents, indicating the two hand-method is not representative of the accident conditions.  In fact, the one-hand method shown in the quick start guide is more analogous to the description of how some of the plaintiffs opened the lid just prior to their accidents.

Dr. Pratt continues to defend his contention on page 3 of his rebuttal declaration be stating the following:

> "The defect with the pressure cookers does not concern what amount of force that can be employed to rotate the lids while the units are pressurized"

This statement is entirely untrue because the user's interactions with the pressure cooker design will impact the amount of force and torque generated on the lid, which is directly related to the lid resistance due to friction because of the internal pressure.  Lid force and torque generation plays an important role because the user population varies in age, size, gender, strength, and physical abilities.  Dr. Pratt does not present any lid torque or applicable force calculations in his report.  Dr. Pratt frequently describes the pressurized lid rotating "easily", but he does not quantitatively define his efforts to rotate and remove a pressurized lid.  On p. 5 of his Rebuttal Declaration, Dr. Pratt does state that he can apply over 44 pounds of tangential force to a pressure cooker lid, but does not define how he measured or calculated that value.  On p. 2 of his Expert Rebuttal Report, Dr. Pratt claims he could exert 133 in-lbs of torque on an exemplar PPC770 using the two-hand method.  He bases his assessment of the typical user's physical abilities on his personal experience to make the following assertion:

> "the S-E-A testing was wholly inadequate to represent what a typical consumer is likely to exert on the covers."

Dr. Pratt does not provide any additional evidentiary support for the physical abilities of a typical consumer when it comes to opening a pressurized lid beyond the experience he gained from his own personal use, which can deviate greatly from other users as evidenced by the testimony of the plaintiffs.

**S·E·A**™

Additionally, Dr. Pratt continually assumes that rotating a pressurized lid through a small angle while the lid is still attached to the cooker base with the locking tabs secured is analogous to removing the pressure cooker lid from the cooker base and opening the cooker. Dr. Pratt incorrectly states the following on p. 13 of his report:

> "The Jackson lid, for example, was opened by Mr. Mattice at a pressure of 4.5 psi, and I was able to open the Chapman lid at a pressure of 3.8 psi."

Dr. Pratt's statement is untrue and misleading. As video documentation of the joint examination demonstrates, **I was the only participant that opened a pressurized incident cooker by removing the lid entirely from the base of the pressure cooker during the joint examination.** In fact, Dr. Pratt goes to extreme lengths to prevent opening the pressurized cooker throughout all his testing by utilizing a custom fabricated safety key or by rotating the lid towards the fully locked position instead of towards the unlocked position. Additionally, the pressure values he presents in his statement above correspond to the internal pressures when the lids were slightly rotated while locked using the two-hand method. Dr. Pratt's test results presented on p.10 of his report clarify that he did not open the lid at the stated pressure, but merely rotated the lid while it was still closed:

> "I was able to rotate the lid of the pressurized Chapman unit from fully closed to the 50%-closed position at a pressure of 123.2 kPa (17.87 psi). For reference, the ambient pressure was 97.0 kPa (14.07 psi). The difference is 26.2 kPa (3.80 psi)."

Below are Dr. Pratt's test results presented on p.11 of his report that confirm that his statement was incorrect and that Mr. Mattice did not open the lid at a pressure of 4.5 psi:

> "Mr. Mattice was able to rotate the lid from the fully-closed position to the 50%-closed position at a pressure of 127.6 kPa (18.51 psi). For reference the ambient pressure was 96.6 kPa (14.01 psi). The difference was 31.0 kPa (4.5 psi)."

There are two ways the lid can be opened while the pressure cooker is pressurized. The first method is the design of the locking mechanism would have to be such that the vertical force on the lid from the internal pressure would have to generate a circumferential force due to the angle of the locking tabs, resulting in the lid coming off a pressure cooker base on its own without the influence of external loading. The second method would require the user forcibly overcome the locking tab friction and rotate the pressurized lid to the fully open lid position.

S-E-A evaluated the possibility that the lid may rotate toward the unlocked position on its own during operation. This idea is unsupported, though, as shown by the lid removal tests and the lid locking position tests. If the lid can come off during pressurization, then the barely locked position would be prone to issues because the lid would only have to rotate through a small angle to be ejected. This behavior was disproven during the tests with the lid in the barely locked position because the lid was secured throughout the entire duration of every lid locking test in the barely locked position. In addition, the lid removal tests showed that if the lid is barely locked, it would still take a reasonable amount of lid torque by the user to forcibly dislodge the lid on a pressurized cooker.

**S·E·A**™

These tests results show that the lid was not forced open by internal pressure even when it was not completely locked.

Every lid removal and locking position test showed that the lid would remain secure at full operational pressure because the angle of the locking tabs is such that they do not generate enough horizontal/circumferential force that would be capable of dislodging and ejecting the lid. For the lid to be ejected, the circumferential force would have to overcome the force of friction between the lid and outer pot locking tabs produced by the internal pressure of the cooker. As the internal pressure increases, the frictional force also increases. This requires a much larger circumferential locking tab force to overcome the increased frictional force from the larger internal pressures.

Calculations on the internal pressure, locking tab friction, locking tab circumferential angle, and the lid ejection force were performed to evaluate the potential of the lid becoming dislodged and ejected during operation in the absence of external loads. The circumferential ejection force increases as the angle of the locking tab from horizontal increases. The locking tab circumferential angles from horizontal were measured for all three incident pressure cookers during the joint examination. The largest circumferential locking tab angle measurement on the four samples was 0.50 degrees from horizontal for the Chapman cooker, 0.20 degrees for the Vennel cooker, and 0.40 degrees for the Jackson cooker.

The force generated on each of the six locking tabs is a result of the internal pressure pushing on the underside of the lid. The projected lid area that the pressure is applied to has a diameter of approximately 8.7 inches, which results in a projected lid area of 59.4 $in^2$ for the Chapman and Vennel pressure cookers. The Jackson cooker has a larger capacity and thus a larger diameter lid. The projected lid area that the pressure is applied to has a diameter of approximately 9.5 inches, which results in a projected lid area of 70.9 $in^2$ for the Jackson pressure cooker.

The maximum internal pressure range, or gauge pressure, for all the exemplar cookers during the "Soup/Stew" operational tests was 61.3 kPa (8.89 psi). Multiplying the maximum pressure range by the projected lid area yields a vertical force on the lid of 528.0 pounds for the Chapman and Vennel cookers, and 630.3 pounds for the Jackson cooker. The weight of the Chapman and Vennel lids is about 0.95 kg (2.1 pounds) and 1.16 kg (2.6 pounds) for the Jackson lid. The lid weight opposes the upward force on the lid from internal pressure and must be subtracted from the vertical force. The resulting net vertical upward force on the Chapman and Vennel lids was about 525.9 pounds and 627.7 pounds for the Jackson lid for the maximum pressure range measured across all exemplar "Soup/Stew" tests.

The vertical lid force is opposed by the six locking tabs, which restrain the lid to the outer pot during operation. Breaking the total vertical force on the locking tabs into components related to the largest measured locking tab angle for each cooker will yield a normal force and a circumferential (planar) locking tab force. The maximum locking tab angle was 0.50 degrees for the Chapman cooker, resulting in a total normal force on the locking tabs of 525.9 pounds and a total circumferential (planar) locking tab force of 4.6 pounds. The maximum locking tab angle was 0.20 degrees for the Vennel cooker, resulting in a total normal force on the locking tabs of 525.9 pounds and a total

**S·E·A**™

circumferential (planar) locking tab force of 1.8 pounds.  The maximum locking tab angle was 0.40 degrees for the Jackson cooker, resulting in a total normal force on the locking tabs of 627.7 pounds and a total circumferential (planar) locking tab force of 4.4 pounds.

The friction coefficient between the metal lid locking tabs and the metal outer pot locking tabs is assumed to be 0.15.  Multiplying the friction coefficient by the total normal force on each cooker yields the calculated circumferential frictional force that must be overcome to rotate the lid.  The calculated total circumferential frictional force is 78.9 pounds for the Chapman and Vennel cookers, and 94.2 pounds for the Jackson cooker.  **The calculation show that the total circumferential locking tab force is significantly less than the total locking tab frictional force for all three incident cookers, meaning that the locking tab angles are not steep enough for the lid to become dislodged and ejected when the cooker is fully pressurized without additional external torque applied to the lid.**

Using the same calculation methods, all the cooker locking tabs would have to have a circumferential angle greater than 8.6 degrees for the lid to become dislodged on its own, which is much greater than the maximum measured locking tab angle of 0.50 degrees on the Chapman cooker.  **The tests and calculations performed by S-E-A show that a lid will not rotate toward an unlocked position and come off a pressure cooker on its own if the cooker is fully pressurized and the lid and outer pot locking tabs are engaged, regardless of lid locking position.**

If the lid cannot rotate toward the unlocked position on its own during operation, then a forced lid rotation needs to be evaluated as a potential mode of lid ejection.  Given the physical measurements of the incident pressure cookers, coupled with the test measurements taken during the pressurized lid removal tests during the joint examination, the approximate lid torques can be calculated to determine the effort necessary to rotate a pressurized lid by overcoming the locking tab friction.

Using similar calculations provided previously to determine the frictional locking tab forces, the lid torque required to overcome the locking tab frictional forces can be determined by the additional lid torque needed to overcome the locking tab friction required to rotate and open the lid.  This is a conservative analysis that assumes that it takes no additional force to overcome the interference between the elevated float valve and the sliding strike plate, which will require greater forces and torques than the values presented in the analysis.  The lid torque calculations also assume a friction coefficient of 0.15 between the lid and base metal locking tabs, as well as assuming that all locking tab angles are 0.50 degrees for all cookers.  **Table 2** shows the calculated lid torque required to overcome the locking tab friction and rotate the lid for various internal absolute pressures for both the Chapman and Vennel incident cookers.  **Table 3** shows the calculated lid torque required to overcome the locking tab friction and rotate the lid for various internal absolute pressures for the Jackson incident cooker.

**S·E·A**™

| kPa<br>Absolute<br>Cooker<br>Pressure | psi<br>Absolute<br>Cooker<br>Pressure | lbs<br>Resultant<br>Vert Lid<br>Force | lbs<br>Total<br>Circumferential<br>Lock Tab Force | lbs<br>Total<br>Frictional<br>Lock Tab Force | lbs<br>Required<br>Rotation<br>Lock Tab Force | in-lbs<br>Required<br>Rotation<br>Lid Torque |
|---|---|---|---|---|---|---|
| 100 | 14.5 | 23.8 | 0.2 | 3.6 | 3.4 | 16.8 |
| 101 | 14.6 | 32.4 | 0.3 | 4.9 | 4.6 | 22.9 |
| 102 | 14.8 | 41.0 | 0.4 | 6.2 | 5.8 | 29.0 |
| 103 | 14.9 | 49.6 | 0.4 | 7.4 | 7.0 | 35.1 |
| 104 | 15.1 | 58.3 | 0.5 | 8.7 | 8.2 | 41.2 |
| 105 | 15.2 | 66.9 | 0.6 | 10.0 | 9.4 | 47.2 |
| 106 | 15.4 | 75.5 | 0.7 | 11.3 | 10.7 | 53.3 |
| 107 | 15.5 | 84.1 | 0.7 | 12.6 | 11.9 | 59.4 |
| 108 | 15.7 | 92.8 | 0.8 | 13.9 | 13.1 | 65.5 |
| 109 | 15.8 | 101.4 | 0.9 | 15.2 | 14.3 | 71.6 |
| 110 | 16.0 | 110.0 | 1.0 | 16.5 | 15.5 | 77.7 |
| 111 | 16.1 | 118.6 | 1.0 | 17.8 | 16.8 | 83.8 |
| 112 | 16.2 | 127.2 | 1.1 | 19.1 | 18.0 | 89.9 |
| 113 | 16.4 | 135.9 | 1.2 | 20.4 | 19.2 | 96.0 |
| 114 | 16.5 | 144.5 | 1.3 | 21.7 | 20.4 | 102.1 |
| 115 | 16.7 | 153.1 | 1.3 | 23.0 | 21.6 | 108.1 |
| 116 | 16.8 | 161.7 | 1.4 | 24.3 | 22.8 | 114.2 |
| 117 | 17.0 | 170.4 | 1.5 | 25.6 | 24.1 | 120.3 |
| 118 | 17.1 | 179.0 | 1.6 | 26.8 | 25.3 | 126.4 |
| 119 | 17.3 | 187.6 | 1.6 | 28.1 | 26.5 | 132.5 |
| 120 | 17.4 | 196.2 | 1.7 | 29.4 | 27.7 | 138.6 |
| 121 | 17.5 | 204.8 | 1.8 | 30.7 | 28.9 | 144.7 |
| 122 | 17.7 | 213.5 | 1.9 | 32.0 | 30.2 | 150.8 |
| 123 | 17.8 | 222.1 | 1.9 | 33.3 | 31.4 | 156.9 |
| 124 | 18.0 | 230.7 | 2.0 | 34.6 | 32.6 | 163.0 |
| 125 | 18.1 | 239.3 | 2.1 | 35.9 | 33.8 | 169.0 |

**Table 2**: Calculated lid torque to overcome locking tab friction due to internal pressure for the Chapman and Vennel pressure cookers.

These calculations can be compared to the previous base friction analysis performed to determine the torque limit for users who do not restrain the cooker base, but must rely upon friction between the cooker feet and a Formica countertop. The base friction torque limit was 39 in-lbs. Table 2 shows that the lid can only be forcibly removed if the internal pressure is below 104 kPa (15.1 psi). At internal pressures above this level, the locking tab friction would exceed the friction between the cooker base and the countertop. This would cause the entire pressure cooker to rotate on the countertop while the cooker lid would stay secured due to the excessive locking tab friction. S-E-A safely removed the Chapman cooker at a pressure of 103 kPa (14.9 psi) during the joint examination. **If Vennel applied force to the lid without restraining the cooker base, it is unlikely that removal of the lid would have resulted in a hazardous response because the low levels of internal pressure would have caused the entire pressure cooker to rotate on the countertop while the lid would have remained locked.**

**S·E·A**™

| kPa Absolute Cooker Pressure | psi Absolute Cooker Pressure | lbs Resultant Vert Lid Force | lbs Total Circumferential Lock Tab Force | lbs Total Frictional Lock Tab Force | lbs Required Rotation Lock Tab Force | in-lbs Required Rotation Lid Torque |
|---|---|---|---|---|---|---|
| 100 | 14.5 | 28.8 | 0.3 | 4.3 | 4.1 | 20.3 |
| 101 | 14.6 | 39.0 | 0.3 | 5.9 | 5.5 | 27.6 |
| 102 | 14.8 | 49.3 | 0.4 | 7.4 | 7.0 | 34.8 |
| 103 | 14.9 | 59.6 | 0.5 | 8.9 | 8.4 | 42.1 |
| 104 | 15.1 | 69.9 | 0.6 | 10.5 | 9.9 | 49.4 |
| 105 | 15.2 | 80.2 | 0.7 | 12.0 | 11.3 | 56.6 |
| 106 | 15.4 | 90.4 | 0.8 | 13.6 | 12.8 | 63.9 |
| 107 | 15.5 | 100.7 | 0.9 | 15.1 | 14.2 | 71.1 |
| 108 | 15.7 | 111.0 | 1.0 | 16.6 | 15.7 | 78.4 |
| 109 | 15.8 | 121.3 | 1.1 | 18.2 | 17.1 | 85.7 |
| 110 | 16.0 | 131.6 | 1.1 | 19.7 | 18.6 | 92.9 |
| 111 | 16.1 | 141.8 | 1.2 | 21.3 | 20.0 | 100.2 |
| 112 | 16.2 | 152.1 | 1.3 | 22.8 | 21.5 | 107.4 |
| 113 | 16.4 | 162.4 | 1.4 | 24.4 | 22.9 | 114.7 |
| 114 | 16.5 | 172.7 | 1.5 | 25.9 | 24.4 | 122.0 |
| 115 | 16.7 | 183.0 | 1.6 | 27.4 | 25.8 | 129.2 |
| 116 | 16.8 | 193.2 | 1.7 | 29.0 | 27.3 | 136.5 |
| 117 | 17.0 | 203.5 | 1.8 | 30.5 | 28.8 | 143.8 |
| 118 | 17.1 | 213.8 | 1.9 | 32.1 | 30.2 | 151.0 |
| 119 | 17.3 | 224.1 | 2.0 | 33.6 | 31.7 | 158.3 |
| 120 | 17.4 | 234.4 | 2.0 | 35.2 | 33.1 | 165.5 |
| 121 | 17.5 | 244.6 | 2.1 | 36.7 | 34.6 | 172.8 |
| 122 | 17.7 | 254.9 | 2.2 | 38.2 | 36.0 | 180.1 |
| 123 | 17.8 | 265.2 | 2.3 | 39.8 | 37.5 | 187.3 |
| 124 | 18.0 | 275.5 | 2.4 | 41.3 | 38.9 | 194.6 |
| 125 | 18.1 | 285.8 | 2.5 | 42.9 | 40.4 | 201.8 |
| 126 | 18.3 | 296.0 | 2.6 | 44.4 | 41.8 | 209.1 |
| 127 | 18.4 | 306.3 | 2.7 | 45.9 | 43.3 | 216.4 |
| 128 | 18.6 | 316.6 | 2.8 | 47.5 | 44.7 | 223.6 |

**Table 3**: Calculated lid torque to overcome locking tab friction due to internal pressure for the Jackson pressure cooker.

The lid torque calculations quantify the effort required to try and rotate the lid for various internal cooker pressures and overcome the frictional resistance of the locking tabs. The calculations show that the lid torques for the Chapman cooker would range from 35.1 in-lbs at 103 kPa (14.9 psi) to 156.9 in-lbs at 123 kPa (17.8 psi) for the pressurized lid removal tests performed on the incident cooker during the joint examination. The calculations show that the lid torques for the Vennel cooker would range from 65.5 in-lbs at 108 kPa (15.7 psi) to 150.8 in-lbs at 122 kPa (17.7 psi) for the pressurized lid removal tests performed on the incident cooker during the joint examination. The calculations

**S·E·A**™

show that the lid torques for the Jackson cooker would range from 71.1 in-lbs at 107 kPa (15.5 psi) to 223.6 in-lbs at 128 kPa (18.6 psi) for the pressurized lid removal tests performed on the incident cooker during the joint examination.

Using the lid torque calculations, the force applied to the lid to generate the lid torques can be calculated to quantify the impact of hand placement and lid opening method on the rotation of the pressurized lid. The Chapman and Vennel lid handles are approximately 12 inches in diameter with a radius of rotation of 6 inches. The Jackson lid handle is approximately 13 inches in diameter with a radius of rotation of 6.5 inches. The radius of rotation on the outer circumference of the lid is representative of where the lid load would be applied using the two-hand lid opening method. The gap beneath the lid handle is approximately 6 inches in diameter with a radius of rotation of 3 inches. This space underneath the center of the lid handle allows a user to fully grasp and wrap their entire hand around the lid handle. The gap range of the lid handle would allow a user to apply the one-hand lid opening method.

Using the lid torque calculations and the lid dimensions, the lid force required to overcome the locking tab friction can be calculated for various hand positions. For the Chapman pressurized lid removal tests, the lid began to rotate at 123.2 kPa (17.9 psi) using the two-hand method. The calculated lid force applied at a radius of rotation of 6 inches is around 26 pounds. Grasping the handle and trying to rotate the lid at 123.2 kPa (17.9 psi) significantly increases the required lid force because the radius of rotation shrinks to less than 3 inches. Applying the one-hand method to rotate the Chapman lid at 123.2 kPa would require anywhere between 52 pounds (3-inch radius) and 314 pounds (0.5-inch radius) of force depending on how close the user's hand was to the center of the lid handle. The Chapman cooker was opened by Mr. Mattice at a pressure of 103 kPa (14.9 psi) using the one-hand method. The calculated force to rotate the lid at the lid removal pressure would range between 11 pounds (3-inch radius) and 71 pounds (0.5-inch radius).

For the Vennel pressurized lid removal tests, the lid began to rotate at 121.4 kPa (17.6 psi) using the two-hand method. The calculated lid force applied at a radius of rotation of 6 inches is around 25 pounds. Grasping the handle and trying to rotate the lid at 121.4 kPa (17.6 psi) significantly increases the required lid force because the radius of rotation shrinks to less than 3 inches. Applying the one-hand method to rotate the Vennel lid at 121.4 kPa would require anywhere between 48 pounds (3-inch radius) and 302 pounds (0.5-inch radius) of force depending on how close the user's hand was to the center of the lid handle. The Vennel cooker was opened by Mr. Mattice at a pressure of 108 kPa (15.7 psi) using the one-hand method. The calculated force to rotate the lid at the lid removal pressure would range between 21 pounds (3-inch radius) and 131 pounds (0.5-inch radius).

For the Jackson pressurized lid removal tests, the lid began to rotate at 127.6 kPa (18.5 psi) using the two-hand method. The calculated lid force applied at a radius of rotation of 6 inches is around 34 pounds. Grasping the handle and trying to rotate the lid at 127.6 kPa (18.5 psi) significantly increases the required lid force because the radius of rotation shrinks to less than 3 inches. Applying the one-hand method to rotate the Jackson lid at 127.6 kPa would require anywhere between 72 pounds (3-inch radius) and 447 pounds (0.5-inch radius) of force depending on how close the user's hand was to the center of the

**S·E·A**™

lid handle. The Jackson cooker was opened by Mr. Mattice at a pressure of 107 kPa (15.5 psi) using the one-hand method. The calculated force to rotate the lid at the lid removal pressure would range between 23 pounds (3-inch radius) and 142 pounds (0.5-inch radius).

Dr. Pratt repeatedly states that rotating the pressurized lid was "easy" when he was applying the two-hand method. The lid removal force calculations quantify the effort required to rotate a pressurized lid and indicate that it is much easier to rotate a pressurized lid using the two-hand method compared to the one-hand method. As previously mentioned, the testimony of all three plaintiffs confirms that the lid opening actions of each user did not resemble the two-hand method described by Dr. Pratt. Dr. Pratt stated in the documents he provided that stated he could apply 44 pounds of force to the lid. If Dr. Pratt applied this lid force adjacent to the center of the lid handle (<1.5-inch radius) using the one-hand method, he would be able to rotate the lid at internal pressures up to 108 kPa (15.7 psi). Dr. Pratt also claimed he could apply 133 in-lbs of torque to the lid using the two-hand method. This level of torque results from applying a total of 22 pounds of force on the edges of the lid handles, or equivalently applying only 11 pounds of force with each hand.

Mr. Mattice opened all three incident pressure cookers using the one-hand method at internal pressures ranging from 103 kPa to 108 kPa with no hazardous consequences or ejection of fluids. For the exemplar lid removal tests performed by S-E-A, the lids were removed around 110 kPa (16.0 psi), which would require a lid force between 25 pounds (3-inch radius) and 156 pounds (0.5-inch radius) to overcome the locking tab friction. **The lid force calculations performed by S-E-A show that if the user is applying force adjacent to the center of the lid handle, it could take between two and thirteen times more force to overcome the locking tab friction and rotate the lid compared to using the two-hand method described by Dr. Pratt, which loads the outer circumference of the lid handles.**


## OWNER'S MANUAL ANALYSIS

**The pressure cooker owner's manual contains multiple statements that describe instructions directing users not to force the lid open or open the cooker prior to full internal pressure release; doing so would constitute misuse of the product.** In the "Important Safeguards" section on page 1, the manual states the following in regards to the potential hazards of pressure cooker:

> "Do not touch hot surfaces. Use handles or knobs."

> "Extreme caution must be used when moving an appliance containing hot oil or other hot liquids."

> "This appliance cooks under pressure. Improper use may result in scalding injury. Make certain the unit is properly closed before operating."

> "Overfilling may cause clogging, allowing excess pressure to develop."

**S·E·A**™

"The Power Pressure Cooker XL generates extreme heat and steam in its operation.  All necessary precautions must be taken to avoid fire, burns and other personal injury during its operation."

"CAUTION HOT SURFACES. This appliance generates heat and escaping steam during use.  Proper precautions must be taken to prevent the risk of personal injury, fires, and damage to property."

The statements in the "Important Safeguards" section also address methods to properly and safely open the lid under various conditions:

"Always open the lid away from you to avoid skin contact with any remaining heat or steam."

"NEVER FORCE OPEN the Power Pressure Cooker XL.  If you need to open the Power Pressure Cooker XL, press the "KEEP WARM/ CANCEL" button and using tongs or a kitchen tool carefully rotate the Pressure Valve to the OPEN position to full release the building pressure inside the cooker."

"Do not open the Power Pressure Cooker XL until the unit has cooled and all internal pressure has been released.  If the unit is difficult to open, this indicates that the cooker is still pressurized – do not force it open.  Any pressure in the cooker can be hazardous."

As the results of the lid removal tests have shown, the lid can be safely removed from a cooker exhibiting greater than ambient pressure levels without any dangerous consequences although the practice is not condoned by the owner's manual.  The owner's manual does provide alternatives to avoid such an activity.

The plaintiffs' testimony indicates that each user had reviewed the owner' manual (Chapman 14:2-23; Vennel 11:18-25; Jackson 13:11-13, 14:6-8) and that the incident pressure cookers had been used prior to the accident without any reported issues (Chapman 11:25-12:3; Vennel 8:19-25; Jackson 11:12-18).  The testimony also states that the pressure was vented prior to each accident (Chapman 20:22-22:1; Vennel 12:11-13:12, 18:9-19:9; Jackson 22:20-23:5), which would result in a lack of hazardous internal pressure when the lid was removed.  These statements are seemingly supported by additional testimony that the lid came off easily during each accident (Chapman 22:14-18, 29:3-5, 29:23-30:2; Vennel 14:14-16; Jackson 23:21-24:7), which would indicate a lack of resistance and a corresponding to a lack of internal pressure.

As has been shown by previous analyses, the lid of the cooker likely must be removed by force because the design of the locking tab angles prevents the lid from rotating to the fully open position on its own due to locking tab friction.  If the lid is forced off, then that is a characteristic misuse of the product as indicated by the owner's manual statements saying the lid should not be forced open.

The examination and analysis of the incident pressure cookers shows that for internal pressures below 110 kPa (15.95 psi), the pressurized lid can safely be removed.  At an internal pressure of 110 kPa (15.95 psi), it would take a lid force ranging between 25

- 27 -

**S·E·A**™

pounds and 186 pounds to generate enough lid torque to overcome the locking tab friction depending on the model of pressure cooker and the application of the force adjacent to the center of the lid handle.  The lid resistance would be noticeable for lid forces of this magnitude, and removal of the lid would have to be intentional.  Although it has been demonstrated that the lids can be removed safely at these pressures, the process would be characterized as misuse if a user were to try to force open the lid at these levels.  **The analyses performed by S-E-A and the plaintiffs' testimony show that there would have been ambient or safe levels of pressure within the cooker at the time of the accidents, indicating that the accidents likely a result of fluid spillage as opposed to a pressurized ejection of fluid.**

# ADVERSE EXPERT REPORT

Dr. Pratt questions the accuracy and validity of the calibrated, wireless pressure sensor data recorded and presented in the report supplied to the CPSC on March 31, 2016.  He questions the accuracy by presenting a simple calculation he assumes is representative of the mechanics of a pressurized lid.  Unfortunately, his comments illustrate that he does not understand the mechanics of the pressurized lid or cooker.  His calculations assume that the internal pressures are represented by a static, steady-state condition.  His assumptions are incorrect because the buildup of pressure in the cooker and release of pressure from either the float valve or the circumference of the lid is a dynamic situation, where the pressure will change over time.  During the early stages of pressurization, the lid elevates so the locking tabs can engage.  The lid elevation resulting from increases in internal pressure, changes the internal volume of the cooker and directly impacts the measured internal pressure.  Dr. Pratt also fails to account for any potential friction between the lid gasket and the inner pot which would make it more difficult for the lid to elevate or separate from the cooker base during pressurization.  The gasket seal friction would have to be overcome for the lid to elevate, resulting in a higher required internal pressure than just comparing the pressurized lid force based solely on the weight of the lid.  **Dr. Pratt's calculations include invalid assumptions that fail to account for the many variables that impact the time-dependent nature of the internal cooker pressure during the pressurization stage.**

Dr. Pratt could have replicated the test methods employed by S-E-A to validate the pressure measurements provided in the previous investigations.  Unfortunately, Dr. Pratt fails to present any documented test data that would disprove the accuracy of the pressure measurements made by S-E-A.  Dr. Pratt uses an analog pressure gauge that is incapable of recording a live pressure data feed that is time-dependent.  Also, the pressure gauge used by Dr. Pratt has an applicable range from 0 to 30 psi.  Since the pressure readings occur in the range of 0 to 2 psi, he may not have observed the dynamic pressure behavior of the cooker due to the small displacements in his pressure gauge needle or the potential inaccuracy of his gauge at the extreme of the pressure gauge range specifications.

Had Dr. Pratt reviewed the specifications for the wireless pressure sensor that were provided in the addendum of the report he is referencing, he would have seen that the pressure sensor has operating pressure ranging between 0 kPa to 500 kPa (0 psi to 72.5 psi).  The pressure sensor is also accurate to within ±2 kPa (±0.3 psi) according the product specifications.  Additionally, the manufacturer calibrates each gauge and supplies

**S·E·A**™

a verified calibration report confirming that the sensor meets specifications.  As another means of confirmation, typical ambient pressure readings for the sensor ranged from around 96 kPa to 101 kPa, which closely approximates the common value for atmospheric pressure of 101 kPa.

The wireless pressure sensor provides a method of recording internal pressure measurements without any signs of impeding the normal operation of the pressure cooker.  The analog pressure gauge used by Dr. Pratt during the lid removal tests must be installed in the pressure release valve port, which disables one of the pressure cooker safety features and prevents the cooker from functioning normally.  Dr. Pratt does not comment on how the analog pressure gauge inhibits the operation of the pressure cooker.

Dr. Pratt also failed to analyze the videos of the joint examination lid removal testing that simultaneously show the pressure values recorded by the wireless pressure sensor and the analog pressure gauge.  The wireless pressure sensor measurements presented in the videos correspond to the readings on his analog pressure gauge throughout each lid removal test.  During the joint examination, Dr. Pratt did not question the accuracy of the wireless pressure sensor measurements.  In fact, Dr. Pratt decided not to use his analog pressure gauge when performing the lid removal test on the third incident cooker tested during the joint inspection, but instead he relied solely upon the wireless pressure sensor measurements for the test results provided in his report for the Jackson lid removal test.  **Although Dr. Pratt claims that the S-E-A pressure measurements are "unreasonably high and obviously in error," the measurements were made with accurately calibrated instrumentation, and Dr. Pratt has not done any independent testing to confirm or refute these measurements.**

Dr. Pratt also debates the lid torque applied by S-E-A during exemplar lid removal tests, claiming that the lid torque values are "unreasonably low".  Dr. Pratt believes that a typical consumer would be able to apply at least 120 in-lbs of lid torque solely based on his own physical abilities to apply at least 133 in-lbs of torque using his two-hand method on the circumference of the lid handles.  As stated previously stated, the physical abilities of one person may not be representative of all users because of the variations in the user population size, gender, age, and physical abilities.  Regardless, the previous lid force and torque calculations presented in this report show that the amount of lid torque that can be produced by a user depends on not only the physical effort of the user, but also how the user applies that effort to the lid.  The exemplar lid removal tests utilized the one-hand method that applies torque adjacent to the center of the lid, which is substantially more difficult than applying a torque using the two-hand method on the circumference of the lid handle, but this does not make the S-E-A lid torque values unreasonable.  The testimony of the plaintiffs more closely aligns itself with the S-E-A's one-hand method than Dr. Pratt's two-hand method, making the tests that S-E-A performed a more realistic depiction of a typical user.

**S·E·A**™

## ACCIDENT CAUSATION

Dr. Pratt stated it best in his Rebuttal Declaration (p. 2):

> "I never attempted to replicate the incidents the Plaintiff's described."

Below is a list of the findings of this report resulting from the review of the documentation and examinations performed:

- **Dr. Pratt's method of opening the pressure cookers is inconsistent with the testimony of all three plaintiffs;**
- **Dr. Pratt repeatedly confuses the differences between opening a pressure cooker by removing the lid from the cooker base with simply rotating the lid through a small angle while it is still secured to the cooker base;**
- **Dr. Pratt does not provide any basis for his assertion that "A pressure cooker that can be opened while still pressurized is unreasonably dangerous, cannot be used safely for the purpose for which it was intended";**
- **Despite having never removed the lid from a pressurized cooker, Dr. Pratt opines regarding continually hypothesizes about the resulting lid mechanics with invalid assumptions that are not supported by evidence or analysis;**
- **S-E-A has shown with both exemplar and the incident pressure cookers that a lid can be removed from a cooker exhibiting less than 110 kPa without any dangerous consequences;**
- **All the exemplar and incident pressure cookers completed the operational tests safely and performed as intended with no anomalous performance issues;**
- **The plaintiffs' testimony states that each user reviewed the user's manual, that the incident cookers were used prior to the accident with no performance issues, that the pressure or steam had been vented prior to the accidents, and that the lid came off easily during the accidents;**
- **The tests and calculations show that a lid will not rotate toward an unlocked position and come off a pressure cooker on its own if the cooker is fully pressurized due to the shallow angle of the locking tabs and the friction resulting from internal pressure;**
- **The analyses performed by S-E-A and the plaintiffs' testimony show that there would have been ambient or safe levels of pressure within the cooker at the time of the accidents, indicating that the accidents were likely a result of fluid spillage as opposed to a pressurized ejection of fluid;**
- **When used as directed, the PPC770, PPC770-1, PPC780, and the PPC790 pressure cookers are safe for ordinary consumer use as designed.**

**S-E-A**™

---

## IV. SIGNATURES

S-E-A hereby certifies the opinions and conclusions expressed herein have been formulated within a reasonable degree of professional certainty. They are based upon the application of reliable principles and scientific methodologies to all the facts known by S-E-A when this report was issued, as well as knowledge, skill, experience, training and/or education. Should additional information be discovered, S-E-A reserves the right to appropriately amend or augment these findings.

Report Prepared By:                    Report Reviewed By:

Jason M. Mattice, P.E.                 Jeffrey A. Edwards
Project Engineer                       Senior Technical Consultant
State of Ohio
Registration No. E-80210

3/24/17

STATE OF OHIO
JASON M. MATTICE
E-80210
REGISTERED
PROFESSIONAL ENGINEER

---

**S-E-A MATTER NO. 01.073877**          **ISSUE DATE: March 24, 2017**