UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Kenneth Chapman, *et al.* | Case No. 1:16-cv-1114 |
| Plaintiffs | Judge James S. Gwin |
| *v.* | |
| Tristar Products, Inc. | |
| Defendant | |

## PLAINTIFFS' MOTION TO EXCUSE PERSONAL ATTENDANCE
## OF ATTORNEY GREG COLEMAN FROM FINAL PRETRIAL CONFERENCE

Plaintiffs' Co-Lead Counsel are Jack Landskroner and Greg Coleman.  Mr. Landskroner and trial attorneys from Mr. Coleman's law firm will be attending the Final Pretrial Conference scheduled for June 23, 2017, along with the three named plaintiffs, Mr. Chapman (from Ohio), Ms. Vennel (from Pennsylvania), and Mr. Jackson (from Colorado).  Mr. Coleman, however, will be in South Korea on that date to take depositions in *Kondash v. Kia*, S.D. Ohio No. 1:15-cv-00506.  Therefore, Plaintiffs respectfully request Mr. Coleman's personal attendance be excused and he be allowed to participate by telephone.

Mr. Coleman had planned to attend the Final Pretrial, which had been scheduled for July 3, 2017.  But on May 19, 2017, after Mr. Coleman had set his Korea depositions, this Court re-scheduled the Final Pretrial, moving it up into the week Mr. Coleman will be abroad.  Given the difficulty in arranging international travel involving multiple attorneys and translation and deposition services in the Korea matter, it would be a substantial hardship for Mr. Coleman (and the other parties to the *Kondash* litigation) to re-schedule.

If the deposition conflict had been a domestic one, Mr. Coleman would have exercised all efforts to re-schedule them so he could attend the Final Pretrial in this case; unfortunately, they are not.  And if he were not lead counsel in the *Kondash* matter, he would have arranged for

another attorney to take the Korea depositions.  Unfortunately, he cannot be in two places at once.

Fortunately, though, Plaintiffs in this case have co-lead counsel and Mr. Landskroner (and other members of the trial team) will be present with full authority to negotiate terms of pretrial and trial agreements (as well as full settlement authority).

Therefore, Plaintiffs respectfully request Mr. Coleman be excused from personal attendance and permitted to attend by telephone under these extraordinary circumstances.

<div style="margin-left:40%">

Respectfully submitted,

s/ Jack Landskroner
_____
Jack Landskroner (0059227)
Drew Legando (0084209)
LANDSKRONER GRIECO MERRIMAN, LLC
1360 West 9th Street, Ste. 200
Cleveland, OH 44113-1254
Telephone: (216) 522-9000
Facsimile: (216) 522-9007
jack@lgmlegal.com
drew@lgmlegal.com

Gregory F. Coleman
Adam A. Edwards
Mark E. Silvey
Lisa A. White
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com
mark@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Edward A. Wallace
Tyler J. Story
WEXLER WALLACE LLP
55 W. Monroe Street, Ste. 3300
Chicago, Illinois 60603

</div>

Telephone: (312) 346-2222
Facsimile: (312) 246-0022
eaw@wexlerwallace.com
tjs@wexlerwallace.com

Shanon J. Carson
Arthur Stock
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
scarson@bm.net
astock@bm.net

*Attorneys for Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2017, a copy of the foregoing ***Motion to Excuse Co-Lead Counsel from Personal Attendance at Final Pretrial Conference*** was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ Jack Landskroner
Jack Landskroner (0059227)