UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------------

KENNETH CHAPMAN, *et al.*,

      Plaintiffs,

vs.

TRISTAR PRODUCTS, INC.,

      Defendant.

-------------------------------------------------------------

Case Nos. 1:16-CV-1114
            1:17-CV-2298

JUDGMENT

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinions in the above-captioned matter. For the reasons stated in those opinions, the court **GRANTS** the motion for approval of the class settlement. The Court also **APPROVES** $7,500 incentive awards for Plaintiffs Chapman, Vennel, and Jackson, and a $6,000 incentive award for Plaintiff Pinon. The court **APPROVES** $1,980,382.59 in class counsel's fees and **APPROVES** $240,009.63 in Ohio class counsel's request for expenses.

The court also **DENIES** the State of Arizona's and the Attorney General of Arizona's motion to intervene.

Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: September 6, 2018              *s/      James S. Gwin*
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE