Case No. 18-3847/18-3866

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

KENNETH CHAPMAN, JESSICA VENNEL, JASON JACKSON, EDWINA PINON, on behalf of themselves and all others similarly situated

      Plaintiffs - Appellees

v.

TRISTAR PRODUCTS, INC.

      Defendant - Appellee

ARIZONA ATTORNEY GENERAL'S OFFICE; STATE OF ARIZONA

      Movants - Appellants


Upon consideration of the motion of amicus curiae Center for Class Action Fairness for leave to file amicus brief,

It is **ORDERED** that the motion be, and hereby is, **GRANTED**.

      **ENTERED BY ORDER OF THE COURT**
      Deborah S. Hunt, Clerk

Issued: June 06, 2019